■ ANDREW BERGER, Respondent, v FEDERAL PACIFIC ELECTRIC COMPANY, Appellant. — Order, Supreme Court, New York County (D. Sullivan, J.), entered on April 30, 1982, unanimously affirmed, without costs and without disbursements, and without prejudice to an application under CPLR 3101

(subd [a], par [4]) (see *Bonito Mar. Corp. v St. Paul Mercury Ins. Co.,* 68 AD2d 864). No opinion. Concur — Carro, J. P., Asch, Bloom, Milonas and Alexander, JJ.